# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Pizzeria Management III LLC, | ) | Case No. 25-11334-jps |
| | ) | |
| Debtor in Possession. | ) | Chapter 11, Subchapter V |
| | ) | |
| | ) | Judge Jessica E. Price Smith |
| | ) | |

| | | |
|---|---|---|
| Pizzeria Management III LLC, | ) | |
| Debtor in Possession, | ) | Adversary Case No. 25-01065 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Joseph T. Ciresi | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| Cassie Ciresi, | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

Pizzeria Management III LLC (the "Debtor") has filed papers with the Court seeking Summary Judgment in this Adversary Proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **June 2, 2026,** you or your attorney must file an Objection, explaining your position, at:

1

Clerk of Courts
U.S. Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44113-1235

You must also send a copy to:

Thomas W. Coffey                                Spencer Lutz
Coffey Law LLC                                  Office of the U.S. Trustee
2430 Tremont Avenue                             201 Superior Avenue, Suite 441
Cleveland, OH 44113                             Cleveland, OH 44114

If you do not take these steps, the Court may decide that you do not oppose the relief

sought in the motion and may enter an Order granting that relief.

Respectfully submitted,

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Motion for Summary Judgment, together with Notice thereof, was served upon John Rutter, Counsel for Defendants, at jrutter@ralaw.com, via the Court's electronic case filing system on May 12, 2026.


/s/Thomas W. Coffey
Thomas W. Coffey (0046877)

3