**IT IS SO ORDERED.**

**Dated: 29 June, 2026 08:50 AM**

Jessica E. Price Smith

**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Pizzeria Management III LLC,** | ) | **Case No. 25-11334-jps** |
| | ) | |
| **Debtor in Possession.** | ) | **Chapter 11, Subchapter V** |
| | ) | |
| | ) | **Judge Jessica E. Price Smith** |
| | ) | |

| | | |
|---|---|---|
| **Pizzeria Management III LLC,** | ) | |
| **Debtor in Possession,** | ) | **Adversary Case No. 25-01065** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Joseph T. Ciresi** | ) | |
| | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| | ) | |
| **Cassie Ciresi,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion for Summary Judgment [Docket No. 10], and no response or objection thereto having been filed, and the Court finding that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED, and Defendants' unperfected security interests in Plaintiff's personal property are hereby AVOIDED in their entirety pursuant to the provisions of 11 U.S.C. § 544(a). Any and all claims of Defendants against the personal property of Plaintiff or the Estate in this case are therefore to be treated for all purposes as UNSECURED claims.

###

This Order Prepared By:

/s/Thomas W. Coffey

Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

True and correct copies of the foregoing Order Granting Plaintiff's Motion for Summary Judgment were served upon John Rutter, Counsel for Defendants, at jrutter@ralaw.com, and upon Thomas W. Coffey, Counsel for Plaintiff, at tcoffey@tcoffeylaw.com via the Court's electronic case filing system.